**<span style="color:red">DENIED</span>**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ARTHUR HUMPHRIES and WENDY DAWN ABORN HUMPHRIES,<br><br>           Plaintiffs,<br><br>      vs.<br><br>LOS ANGELES COUNTY, et al.,<br><br>           Defendants. | Case No.: SACV 03-0697 JVS (MANx)<br><br>**[Proposed] ORDER STRIKING PLAINTIFFS' MOTIONS FOR ATTORNEYS FEES AND DENYING EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME** |

   IT IS HEREBY ORDERED that the plaintiffs' Motions for Attorneys' Fees (Documents 484 and 485) are hereby stricken, for failure to comply with this Court's orders.  <u>See</u> Docs. 466, 480, 483.  Due to the failure to comply with the Court's orders and the failure to prosecute, plaintiffs' counsel has forfeited her right to seek attorneys' for the claims on which she has prevailed to date.

   IT IS FURTHER ORDERED that the plaintiffs' ex parte application seeking leave to file documents out of time (Doc. 496) is hereby denied as moot.

///

-1-

[Proposed] ORDER STRIKING PLAINTIFFS' MOTIONS FOR ATTORNEYS FEES AND DENYING EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME

1  IT IS SO ORDERED.                **DENIED**
2                                   BY ORDER OF THE COURT
3  DATED: _____        _____
4                          Honorable James V. Selna
                           United States District Court Judge
5
6                          Denied for the reasons in the Court's order
                           granting leave to file out of time.
7                          JVS September 11, 2014

-2-

[Proposed] ORDER STRIKING PLAINTIFFS' MOTIONS FOR ATTORNEYS FEES AND DENYING EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME