ESTHER G. BOYNTON (124072)
1850 Fifth Avenue, Suite 7
San Diego, California 92101
Telephone: (310) 248-4833
Facsimile: (619) 238-5717
Email: egboynton@hotmail.com

MICHAEL R. MARRINAN (SBN 90484)
LAW OFFICES OF MICHAEL R. MARRINAN
614 Fifth Avenue, Suite D
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile:  (619) 515-0505
E-mail: mrmarrinan@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ARTHUR HUMPHRIES and WENDY DAWN ABORN HUMPHRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY, et al.<br><br>Defendants. | Case No. SACV 03-0697-JVS (MANx)<br>**STIPULATION RE PLAINTIFFS' CLAIMS AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES AGAINST DEFENDANT KAMALA D. HARRIS IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA** |

This Stipulation is made with reference to the following facts:

A.    On or about July 10, 2013, the Court entered in this action ("Action") a judgment and permanent injunction ("Judgment") in favor of plaintiffs Craig and Wendy Humphries ("the Humphries" or "Plaintiffs") and against defendant Kamala D. Harris in her official capacity as Attorney General of the State of California ("the Attorney General" or "Defendant").  The Judgment *inter alia* deems the Humphries "the prevailing party ... against the Attorney General" and permits the Humphries to

make a "request for attorney fees and costs against the Attorney General to the extent provided by law."

B. On or about September 6, 2014, the Humphries filed a motion for attorney fees, costs and expenses against the Attorney General ("Fee Motion"), which is pending and currently off calendar in this Court. On July 31, 2015, the Attorney General and the Humphries (collectively, "the Parties") signed a conditional agreement ("Agreement") which would resolve the Fee Motion by settling the Humphries' claims against the Attorney General for attorney fees, costs and expenses related to the Action ("Fee Claim") if certain express conditions are met.

C. The Parties' settlement of the Fee Claim under the Agreement is conditioned upon, *inter alia*, (a) the California Department of Finance's approval of the settlement amount specified in the Agreement ("Settlement Sum"), (b) the enactment of legislation that authorizes the Attorney General's full payment in 2015 of the Settlement Sum, and (c) the Settlement Sum's being paid in full by no later than December 31, 2015.

D. The Attorney General is sponsoring Assembly Bill 164, which is pending before the California Legislature and which seeks an appropriation to cover payment in 2015 of the Fee Claim and other claims against state agencies.

In accordance with the foregoing recitals and the Agreement, the Parties stipulate as follows:

If the Settlement Sum is not approved by the California Department of Finance, or if the Fee Claim ultimately is not included in Assembly Bill 164 or in any other urgency appropriation bill proposed for enactment in 2015, or if there is no enactment of any legislation that authorizes full payment in 2015 of the Settlement Sum, or if Defendant's payment of the full Settlement Sum is not delivered by December 31, 2015, to the office of Plaintiffs' counsel Esther Boynton, then

(1) the Humphries may file a written notice with the Court to have the Fee Motion put back on calendar and set for hearing;

1    (2) the Attorney General shall not oppose or object to the Fee Motion's being
2 placed back on the Court's calendar and set for hearing;
3    (3) the Agreement shall not be admissible for any purpose at any hearing on, or in
4 any other proceeding related to, the Fee Motion;
5    (4) the Agreement shall not govern, limit or affect the Fee Motion or any amounts
6 sought by the Humphries in the Fee Motion, in any papers filed in connection with the
7 Fee Motion, or in any proceedings on the Fee Motion; and
8    (5) the Agreement shall not govern, limit or affect the Fee Claim.
9    IT IS SO STIPULATED.

Dated: July 31, 2015    KAMALA D. HARRIS IN HER OFFICIAL CAPACITY
                        AS ATTORNEY GENERAL OF THE STATE OF
                        CALIFORNIA

                        By: _____
                            Paul C. Epstein, Deputy Attorney General
                        Attorney for defendant Kamala D. Harris in Her Official
                        Capacity as Attorney General of California

Dated: July 31, 2015    CRAIG AND WENDY HUMPHRIES

                        By: _____
                            Esther G. Boynton
                        Attorney for plaintiffs Craig and Wendy Humphries