ESTHER G. BOYNTON (SBN 124072)
1850 Fifth Avenue, Suite 7
San Diego, CA 92101
Telephone: (310) 248-4833
Facsimile: (619) 238-5717
Email: egboynton@hotmail.com

MICHAEL R. MARRINAN (SBN 90484)
LAW OFFICES OF MICHAEL R. MARRINAN
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile: (619) 238-1097
E-mail: mrmarrinan@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ARTHUR HUMPHRIES and WENDY DAWN ABORN HUMPHRIES, <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY, et al. <br><br> Defendants. | Case No. SACV 03-0697-JVS (MANx) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br> [Proposed Order Submitted Herewith] <br><br> Courtroom: 10C <br> Judge: Honorable James V. Selna |

This Stipulation is made with reference to the following facts:

A. On or about October 22, 2012, as part of its order granting the motion of plaintiffs Craig Arthur Humphries and Wendy Dawn Aborn Humphries ("Plaintiffs") for partial summary judgment against defendant County of Los Angeles ("County") in the above-entitled action ("Action"), the United States District Court, Central District of California ("Court") entered a judgment against the County on Plaintiffs' claims under 42 U.S.C. § 1983 for injunctive relief regarding the listing of Plaintiffs in California's Child Abuse Central Index (Doc. 382).

B. On or about July 10, 2013, the Court entered in the Action a judgment and permanent injunction against defendant Kamala D. Harris in her official capacity as

Attorney General of the State of California ("Attorney General" or "State") and in favor of Plaintiffs ("Permanent Injunction against the State") (Doc. 429).

C.  On or about June 13, 2014, Plaintiffs filed a Bill of Costs and Notice of Application to the Clerk to Tax Costs against the County ("Costs Bill against the County") (Doc. 469) and a Bill of Costs and Notice of Application to the Clerk to Tax Costs against the State ("Costs Bill against the State") (Doc. 470) (collectively, "Costs Bills"), which have been held in abeyance pursuant to the stipulation of Plaintiffs, the County and the Attorney General.

D.  On or about September 6, 2014, Plaintiffs filed a motion for attorney fees, costs and expenses against the State ("Fee Motion against the State") (Doc. 484) and a motion for attorney fees, costs and expenses against the County ("Fee Motion against the County") (Doc. 485) (collectively, "Fee Motions").

E.  On July 31, 2015, the Attorney General and Plaintiffs signed a conditional agreement to settle the Fee Motion against the State if specified conditions were met. Subsequently those conditions were satisfied, and the settlement of the Fee Motion against the State was completed.

F.  On March 24, 2016, Plaintiffs signed a conditional agreement to settle any and all of their then-remaining claims against defendants Michael L. Wilson, Charles T. Ansberry, Leroy D. Baca-Jim McDonnell and the County (collectively, "County Defendants"), including but not limited to the Costs Bill against the County and the Fee Motion against the County (collectively, "Remaining Claims").  Such agreement provided that, *inter alia*, if the Los Angeles County Board of Supervisors ("Board of Supervisors") approved the settlement delineated therein ("Settlement"), and if County Defendants then signed such agreement ("County Settlement Agreement") and the County thereafter paid, within a certain time frame, a specified sum to settle the Remaining Claims ("Settlement Sum"), the parties to the Action would file a stipulation and proposed order (a) to dismiss with prejudice the entire remaining Action against all defendants, (b) to vacate the Fee Motions and the Costs Bills, (c) to

initiate the County's timely execution of certain post-dismissal actions, specified in Section 5 of the County Settlement Agreement, and (d) to expressly provide for this Court's retention of jurisdiction for purposes of enforcement.

 G. On May 10, 2016, the Los Angeles County Board of Supervisors approved the Settlement. County Defendants subsequently signed the Agreement, and the County thereafter paid the Settlement Sum in accordance with the Agreement.

 Accordingly, the parties, through their respective counsel, stipulate as follows:

 1. Subject to paragraph 2 below, the entire remaining Action shall be dismissed with prejudice and the Fee Motions and Costs Bills shall be vacated.

 2. The Court shall retain jurisdiction for purposes of enforcing (a) the County Settlement Agreement, including but not limited to provisions thereof which expressly require the County to perform, subsequent to the filing of this Stipulation, specified actions regarding the destruction and/or annotation of certain records concerning Plaintiffs, and (b) the Permanent Injunction against the State.

 IT IS SO STIPULATED.

Dated: July 7, 2016 COUNTY OF LOS ANGELES, LEROY D. BACA-JIM McDONNELL, MICHAEL L. WILSON and CHARLES T. ANSBERRY

By: /s/
Jill Williams
Attorney for defendants County of Los Angeles, Leroy D. Baca-Jim McDonnell, Michael L. Wilson and Charles T. Ansberry

Dated: July 7, 2016 ATTORNEY GENERAL OF THE STATE OF CALIFORNIA IN OFFICIAL CAPACITY

By: /s/
Paul C. Epstein, Deputy Attorney General
Attorney for defendant Attorney General of California

Dated: July 7, 2016 CRAIG ARTHUR HUMPHRIES and WENDY DAWN ABORN HUMPHRIES

By: /s/
Esther G. Boynton
Attorney for plaintiffs Craig and Wendy Humphries

# CERTIFICATION

I, Esther G. Boynton, hereby certify that all other signatories listed above, on whose behalf this Stipulation For Dismissal With Prejudice is submitted, concur in the content of this Stipulation and authorize this filing.

Dated: July 7, 2016                   /s/
                                      Esther G. Boynton
                                      Attorney for Plaintiffs
                                      E-mail: egboynton@hotmail.com