UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ARTHUR HUMPHRIES and WENDY DAWN ABORN HUMPHRIES,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LOS ANGELES COUNTY, et al.<br><br>    Defendants. | Case No. SACV 03-0697-JVS (MANx)<br><br>**ORDER RE DISMISSAL OF REMAINING ACTION WITH PREJUDICE** |

   Pursuant to the parties' Stipulation for Dismissal with Prejudice and on terms that the Court considers proper, IT IS HEREBY ORDERED as follows:

   1.  Subject to paragraph 2 below, all remaining portions of the above-referenced action shall be and hereby are dismissed in their entirety with prejudice, and the Bill of Costs and Notice of Application to the Clerk to Tax Costs (Doc. 469) filed by plaintiffs Craig and Wendy Humphries ("Plaintiffs") against defendant Los Angeles County ("the County"), Plaintiffs' Bill of Costs and Notice of Application to the Clerk to Tax Costs (Doc. 470) against defendant Kamala Harris in Her Official Capacity as Attorney General of California ("the State"), Plaintiffs' Motion for Award of Attorney's Fees, Costs and Expenses against the State (Doc. 484) and Plaintiffs' Motion for Award of Attorney's Fees, Costs and Expenses against the County (Doc. 485) shall be and

hereby are vacated.

2. This Court shall retain jurisdiction for purposes of (a) enforcing the settlement agreement entered into by and between Plaintiffs, the County and defendants Michael L. Wilson, Leroy D. Baca-John Scott and Charles T. Ansberry ("County Settlement Agreement"), including but not limited to provisions of the County Settlement Agreement that expressly require the County to perform, subsequent to the filing of the parties' Stipulation for Dismissal with Prejudice, specified actions regarding the destruction and/or annotation of certain records concerning Plaintiffs, and (b) enforcing the Judgment and Permanent Injunction (Doc. 429) entered against the State.

IT IS SO ORDERED.

Dated: July 8, 2016

_____
United States District Judge

[Proposed] Order Re Dismissal of Remaining Action with Prejudice